UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE MANUEL AGUIERRE-GANCEDA,<br><br>              Petitioner,<br><br>     v.<br><br>HERIBERTO H. TELLEZ, Acting Warden,<br><br>              Respondent. | No. 4:17-CV-05094-EFS<br><br>**ORDER DISMISSING CIVL CASE**<br><br>**CLERK'S OFFICE ACTION REQUIRED** |

On July 3, 2017, Jose Manuel Aguierre-Ganceda's Petition for Writ of Habeas Corpus, which was filed in the Central District of California, was transferred to this District. As stated in the Court's prior text order, ECF No. 7, Mr. Aguierre-Ganceda already had a § 2255 motion pending before this Court that, in addition to requesting the same relief, asserted the exact same facts and arguments as in the California habeas petition; only the titles and the introductions differed. *Compare* ECF No. 244 in 03-CR-6016, *with* ECF No. 4 in 17-CV-5094. Therefore, Mr. Aguierre-Ganceda's civil habeas petition is dismissed as a duplicative filing and case number 4:17-CV-05094-EFS shall be closed.

To ensure a complete record, the Court will direct the Clerk's Office to file Mr. Aguierre-Ganceda's civil habeas petition as a Notice of Duplicative Filing in the associated criminal case.[1]

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk's Office is directed to file Mr. Aguierre-Ganceda's Petition for Writ of Habeas Corpus, **ECF No. 1 in 4:17-CV-05094-EFS**, as a Notice of Duplicative Filing in his criminal case, **2:03-CR-06016-EFS-1**, nunc pro tunc, as of **July 3, 2017**.
2. **Case No. 4:17-CV-05094-EFS** is **DISMISSED**.
3. All pending motions in **4:17-CV-05094-EFS** are **DENIED AS MOOT.**
4. All hearings and other deadlines in **4:17-CV-05094-EFS** are **STRICKEN.**
5. The Clerk's Office is directed to **CLOSE** Case No. **4:17-CV-05094-EFS**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Mr. Aguierre-Ganceda and all counsel.

**DATED** this  23rd   day of August 2017.

>              __s/Edward F. Shea__
>                EDWARD F. SHEA
>      Senior United States District Judge

---

[1] Mr. Aguierre-Ganceda's latest § 2255 motion already has an associated civil case that was opened for administrative purposes: Case No. 4:17-CV-05092-EFS.